**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ELYSE O'CALLAGHAN LEWIS, on her own behalf and on behalf of other similarly situated person,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No. 2:26-cv-02468-KKE<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**King County Superior Court, Case No. 26-2-18805-0 SEA** |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Elyse O'Callaghan Lewis ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days, from July 20, 2026 to August 19, 2026.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose, such that any opposition is due on September 18, 2026, and Defendant shall have 21 days to file a Reply, such that any reply is due on October 21, 2026.

Good cause exists for this requested extension. Defendant recently retained counsel, and the action was originally filed in King County Superior Court and removed to this Court on Monday, July 13, 2026. Defendant requires additional time to evaluate the claims asserted in the Complaint, assess available defenses, and determine the appropriate response.

This case is in its very early stages, and this is the Parties' first request for an extension. Granting the extension will allow Defendant adequate time to evaluate the allegations and legal

issues presented in the Complaint.

A [Proposed] Order is attached herein.

Dated: July 20, 2026

*/s/ Jason A. Rittereiser*
Donald W. Heyrich, WSBA #23091
Jason A. Rittereiser, WSBA #43628
Rachel M. Emens, WSBA #49047
Joseph W. Wright, WSBA #55956
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax: (206) 260-3055
Email: dheyrich@hkm.com
Email: jrittereiser@hkm.com
Email: remens@hkm.com
Email: jwright@hkm.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Meegan Brooks*
Meegan B. Brooks, WSBA #62516
BALLARD SPAHR LLP
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant*

**ORDER**

The parties' stipulated motion (Dkt. No. 7) is GRANTED. Defendant must respond to the complaint no later than August 19, 2026. If Defendant files a motion to dismiss, it shall be noted for October 21, 2026. Plaintiff's opposition is due on September 18, 2026, and Defendant's reply is due on October 21, 2026.

Dated this 22nd day of July, 2026.

Kymberly K. Evanson
United States District Judge