HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELYSE O'CALLAGHAN LEWIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

Defendant.

No. 2:26-cv-02468-KKE

**STIPULATION TO STAY PROCEEDINGS PENDING RULING ON ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Elyse O'Callaghan Lewis ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel of records, hereby stipulate and jointly move the Court to stay case proceedings including motion to dismiss briefing, *except* for proceedings related to the Court's Order to Show Cause (Dkt. No. 13), until the Court rules on whether the case should be remanded for lack of jurisdiction.

On September 14, 2026, the Court issued an Order to Show Cause Why This Case Should Not Be Remanded. Dkt. No. 13. It directs the Parties "to show cause no later than October 1, 2026, why the Court's rationale in *Hutton*, *Elemis*, *Isbell*, and/or *Huong* does not apply to this case." *Id*. Plaintiff filed this putative class action in King County Superior Court. *See* Dkt. No. 1-3. Defendant removed the action to this Court. Dkt. No. 1. On July 22, 2026, the Court entered an Order granting the Parties' stipulated motion to extend the time for Defendant

to respond to Plaintiff's Complaint. Dkt. No. 8. The Order requires Defendant to respond to the Complaint no later than August 19, 2026; Defendant to note a motion to dismiss, if filed, for October 21, 2026; Plaintiff to file an opposition by September 18, 2026; and Defendant to file a reply by October 21, 2026. Dkt. No. 8.

Pursuant to the deadlines set out in the Order, Defendant filed a motion to dismiss on August 19, 2026. Dkt. No. 11. Under the Order, Plaintiff's opposition is due September 18, 2026 and Defendant's reply is due October 21, 2026. Dkt. No. 8. The Parties request that the Court stay all proceedings including motion to dismiss briefing, *except* those related to the Order to Show Cause (Dkt. No. 13), pending the Court's ruling on remand.

Good cause exists for this stipulated stay. The Court is considering if Plaintiff has Article III standing. *See* Dkt. No. 13. The Court's jurisdiction, including standing "must be established as a threshold matter" because "without jurisdiction the court cannot proceed at all[.]" *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998). When standing is found lacking in a case removed from state court, the proper remedy is remand. *Polo v. Innoventions International, LLC*, 833 F.3d 1193, 1196 (9th Cir. 2016). If the Court determines Plaintiff lacks Article III standing, it must remand the case and cannot rule on the Defendant's motion to dismiss. Additional briefing on Defendant's motion while the Court determines if it has jurisdiction to adjudicate this matter is unnecessary and wastes the Parties' and Court's resources.

Thus, the Parties request that until the Court determines if this case should be remanded, all proceedings and case deadlines be stayed (including the deadline for Plaintiff's opposition to Defendant's motion to dismiss and Defendant's reply in support of its motion), *except* for proceedings related to the Court's Order to Show Cause. Dkt. No. 13. The Parties will comply with the Order to Show Cause. Dkt. No. 13.

Should the Court determine that Plaintiff has Article III standing, within seven (7) days of the Court's ruling, the Parties will submit a proposed stipulated schedule for the remainder of

the motion to dismiss briefing schedule, which will require Plaintiff to file an opposition to Defendant's motion within 21 days, and Defendant to file a reply within 21 days thereafter.

A [Proposed] Order is attached herein.

DATED this 17th day of September, 2026.

*<u>/s/ Meegan B. Brooks</u>*
Meegan B. Brooks, WSBA No. 62516
**BALLARD SPAHR LLP**
One Front Street, Floor 26
San Francisco, CA 94111
Tel: (415) 318-2770
Email: brooksm@ballardspahr.com

*Attorney for Defendant*

*<u>/s/ Joseph W. Wright</u>*
Donald W. Heyrich, WSBA No. 23091
Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
Joseph W. Wright, WSBA No. 55956
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax: (206) 260-3055
Email: dheyrich@hkm.com
jrittereiser@hkm.com
remens@hkm.com
jwright@hkm.com

*Attorneys for Plaintiff*

**ORDER**

The Court GRANTS the parties' stipulated motion to stay briefing on Defendant's motion to dismiss. Dkt. No. 14. The Court VACATES the early case deadlines. Dkt. No. 6. Should the Court determine that Plaintiff has Article III standing, after reviewing the parties' responses to the order to show cause, the parties shall submit within seven days after the Court's ruling a proposed stipulated schedule for the remainder of the briefing schedule on the motion to dismiss.

Dated this 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge